

**300 Cadman Plaza West, 12th Floor**
**Brooklyn, NY 11201**
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Frederic Block                                      March 18, 2026
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Luci v. City of New York et al.</u>, 25CV6461(FB)(RML)

Your Honor --

Plaintiff writes in response to Defendants' pre-Motion to Dismiss letter filed on March 13, 2026 (ECF #10).

Defendants are plainly within their right under the Federal Rules of Civil Procedure by requesting to file a Motion to Dismiss. We do not oppose their application to file the motion. When they file their motion (with the court's permission) we will file a response as appropriate.

Should the court set a briefing schedule without hearing further from parties, Plaintiff asks for a due date to respond no earlier than May 22, 2026. The undersigned has a trial that is scheduled for the end of April.

We thank the court for its consideration.

Sincerely,

*Leo Glickman*

Leo Glickman