

**5030 Broadway, Ste. 652**
**New York, NY 10034**
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Frederic Block                                           April 16, 2026
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Luci v. City of New York, et al.</u>, 25CV6461(FB)(RML)

Your Honor --

With Defendant's consent, Plaintiff writes to request an adjournment of the conference for the above referenced matter scheduled for April 21, 2026. The undersigned has a personal conflict on that date.

After conferring with Defendants' counsel, the parties agreed that each could be available at any time on April 23, 2026 if that date is convenient for the court. The undersigned thanks the court for its consideration of this matter.

Sincerely,


Leo Glickman