

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ELISSA B. JACOBS**
*Senior Counsel*
phone: (212) 356-3540
ejacobs@law.nyc.gov

May 21, 2026

<u>**VIA E.C.F.**</u>
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

      Re:    <u>Luci v. the City of New York, et al.</u>
              25-CV-6461 (FB) (RML)

Your Honor:

     I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above captioned matter. I write in response to the Court's Order of April 23, 2026 directing the parties to notify the Court by today, May 21, 2023, of the parties agreed-upon briefing schedule for defendant's anticipated motion to dismiss.

     The parties have conferred and agreed upon the following:

Defendant's moving papers:     July 10, 2026

Plaintiff's opposition:     August 21, 2026

Defendant's reply:     September 25, 2026

Thank you for your attention to this matter.

                Respectfully submitted,

                 /s/ *Elissa B. Jacobs*

                Elissa B. Jacobs
                *Senior Counsel*

cc:    **By ECF**
       Leo Glickman, Esq.

*Attorney for Plaintiff*