

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ELISSA B. JACOBS**
*Senior Counsel*
phone: (212) 356-3540
ejacobs@law.nyc.gov

July 9, 2026

**<u>VIA E.C.F.</u>**
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

   Re: <u>Luci v. the City of New York, et al.</u>
     25-CV-6461 (FB) (RML)

Your Honor:

  I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above captioned matter. I write pursuant to Your Honor's Individual Rules to of the parties agreed-upon briefing schedule for defendant's anticipated motion to dismiss.

  The parties have conferred and agreed upon the following:

  Defendant's moving papers:   August, 2026

  Plaintiff's opposition:    August 21, 2026

  Defendant's reply:     September 25, 2026

Thank you for your attention to this matter.

           Respectfully submitted,

           _____/s/ *Elissa B. Jacobs*_____
           Elissa B. Jacobs
           *Senior Counsel*

cc: **By ECF**
  Leo Glickman, Esq.
  *Attorney for Plaintiff*