

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ELISSA B. JACOBS**
*Senior Counsel*
phone: (212) 356-3540
ejacobs@law.nyc.gov

July 13, 2026

**VIA E.C.F.**
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

      Re:    <u>Luci v. the City of New York, et al.</u>
              25-CV-6461 (FB) (RML)

Your Honor:

      I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above captioned matter. I write to correct the letter that was filed last week regarding the parties agreed-upon briefing schedule. That letter mistakenly contained incomplete and inaccurate dates. In accordance with Your Honor's Individaul Rules Section 2(D), the parties have agreed to amend the briefing schedule as follows:

      Defendant's moving papers:     August 7, 2026

      Plaintiff's opposition:     September 15, 2026

      Defendant's reply:     October 6, 2026

Thank you for your attention to this matter.

      Respectfully submitted,

      _____/s/ *Elissa B. Jacobs*_____
      Elissa B. Jacobs
      *Senior Counsel*

cc:   **By ECF**
     Leo Glickman, Esq.
     *Attorney for Plaintiff*