

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ELISSA B. JACOBS**
*Senior Counsel*
phone: (212) 356-3540
ejacobs@law.nyc.gov

August 7, 2026

<u>**VIA E.C.F.**</u>
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

   Re: <u>Luci v. the City of New York, et al.</u>
     25-CV-6461 (FB) (RML)

Your Honor:

  I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above captioned matter.  . In accordance with Your Honor's Individaul Rules Section 2(D),  the parties have agreed to amend the briefing schedule as follows:

   Defendant's moving papers:  August 14, 2026

   Plaintiff's opposition:   September 15, 2026

   Defendant's reply:   October 6, 2026

Thank you for your attention to this matter.

       Respectfully submitted,

        /s/ *Elissa B. Jacobs*

       Elissa B. Jacobs
       *Senior Counsel*

cc: **By ECF**
  Leo Glickman, Esq.
  *Attorney for Plaintiff*