STOLL, GLICKMAN & BELLINA LLP ATTORNEYS

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Federic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

October 19, 2026

Luci v. City of New York et al., 25CV6461(FB)(RML)

Your Honor --

Plaintiff writes on behalf of all the parties that the above referenced matter has settled and the parties are presently working on completing settlement paperwork. The parties expect to file a proposed Stipulation of Dismissal shortly and request that the court adjourn the due date for the fully briefed Motion to Dismiss *sine die*.

The parties thank the court for its consideration.

Sincerely,

Leo Glickman

Leo Glickman